Distrito de Guayama. Resuelto en julio 29, 1914. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Jaime Sifre, Jr., Fiscal interino.* Abogado del apelante: *Sr. Tomás Bernardini.*

---

No. 1179. CARTAGENA, DEMANDANTE Y APELADO, *v.* MAYA-GÜEZ LIGHT & ICE COMPANY, DEMANDADA Y APELANTE.—Apelación procedente de la Corte de Distrito de Mayagüez en un procedimiento sobre aprobación de memorándum de costas. Moción del apelado para que se desestime la apelación por no haberse radicado la transcripción de autos. Resuelto en julio 29, 1914. Desestimada la apelación. Abogado del apelado: *Sr. Fernando Vázquez.* El apelante no compareció.

---

No. 1101. QUIÑONES, DEMANDANTE Y APELANTE, *v.* VIVONI, DEMANDADO Y APELADO.—Apelación procedente de la Corte de Distrito de Mayagüez en un caso sobre cobro de un pagaré. Moción de la parte demandada para que se reconsidere la sentencia dictada en este caso el 22 de mayo de 1914 (*Quiñones v. Vivomi,* 20 D. P. R., 495.) Resuelto en agosto 1, 1914. Denegada la reconsideración solicitada. Abogado de la parte apelante: *Sr. José Benet.* Abogado de la parte apelada: *Sr. José de Diego.*

---

No. 56. EX PARTE DE JESÚS, PETICIONARIO.—Solicitud de habeas corpus presentada al Juez Asociado Sr. Hutchison. Resuelto en agosto 15, 1914. Denegada la solicitud por los motivos consignados en la opinión emitida por el Juez Asociado Sr. Hutchison. Abogado del peticionario: *Sr. Manuel Benítez Flores.* Abogado del Pueblo: *Sr. Jaime Sifre, Jr., Fiscal interino del Tribunal Supremo.* Este caso fué apelado por el peticionario para ante el Tribunal Supremo en pleno y está pendiente de resolución.